SEPTEMBER 16, 1949

No. 7740.— —*Larsen Importing Corp.* v. *United States.* Entered at New York, N. Y. Reap. Dec. 7709. Motion by plaintiff.